PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jerome Dickey                         Cr.: 03-00066-001
                                                         PACTS No: 33462

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg, U.S. District Judge

Date of Original Sentence: 06/04/03

Original Offense: Possession of a Weapon by a Convicted Felon

Original Sentence: 57 months imprisonment; 3 years supervised release; $100 special assessment. Special condition: Drug testing and/or treatment.

Type of Supervision: Supervised Release          Date Supervision Commenced: 06/13/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | On April 24, 2009, Dickey submitted a urine specimen which tested positive for marijuana and cocaine. Dickey admitted using marijuana laced with cocaine on April 23, 2009 while at a family cookout.

U.S. Probation Officer Action:

Probation recommends presentation of this document to the offender as a formal judicial written reprimand.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer
Date: 04/28/09

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other: Probation to present this document to the offender as a formal judicial reprimand issued under the authority of the Court.

Signature of Judicial Officer

5/4/09
Date