PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jerome Dickey                                  Cr.: 03-00066-001
                                                                 PACTS No: 33462

Name of Sentencing Judicial Officer: Honorable Faith S. Hochberg, U.S. District Judge

Date of Original Sentence: 06/04/03

Original Offense: Possession of a Weapon by a Convicted Felon

Original Sentence: 57 months imprisonment; 3 years supervised release; $100 special assessment. Special condition: Drug testing and/or treatment.

Type of Supervision: Supervised Release                Date Supervision Commenced: 06/13/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On June 30, 2009, Dickey was arrested by the Newark Police Department and charged with criminal mischief. |

U.S. Probation Officer Action:

The Probation Office has intensified supervision efforts to include increased office reporting and community contact with the offender. The offender is participating in anger management/domestic violence and substance abuse counseling. Our office recommends withholding Court action at this time.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer
Date: 07/27/09

[X] Withhold Court Action
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

7/29/09
Date