UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : HON. FAITH S. HOCHBERG, U.S.D.J. |
| | : |
| | : CRIMINAL NO. 03-066 (FSH) |
| v. | : |
| | : |
| | : CONSENT ORDER OF RELEASE |
| | : |
| JEROME DICKEY, | : |
| | : |
| Defendant | : |

THIS MATTER having come before the Court upon allegations that the defendant JEROME DICKEY violated certain conditions of his supervised release imposed on or about June 4, 2003, in the District of New Jersey before the Honorable Faith S. Hochberg, U.S.D.J., and the defendant having petition this Court for his release pending the disposition of the Petition for Warrant or Summons for Offender Under Supervision filed by the United States Probation Office on or about November 15, 2009, and the Government and the United States Probation Office having no objection to the defendant's release;

IT IS, on this __2nd__ day of February, 2010;

ORDERED that defendant JEROME DICKEY shall be released immediately from the custody of the United States Marshal; and it is further

ORDERED that JEROME DICKEY shall appear in Court for his Violation of Supervised Release hearing, which is ~~tentatively~~ scheduled for Wednesday, February 10, 2010, at 10:30 a.m.; and it is further

ORDERED that JEROME DICKEY shall remain in daily telephonic communication with the United States Probation Office; and it is further

ORDERED that the conditions of supervised release imposed on or about June 4, 2003, shall remain in force.

_____
HONORABLE FAITH S. HOCHBERG
UNITED STATES DISTRICT JUDGE

I hereby consent to the form
and entry of the above Order.

PAUL J. FISHMAN
United States Attorney

_____
By: Richard Constable, III
Assistant U.S. Attorney

_____
K. Anthony Thomas
Assistant Federal Public Defender